UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | CASE NO: 3:20CR23 |
| | ) | |
| SHANELL MEDINA-HIPOLITE | ) | 21 U.S.C. §§ 841(a)(1) and (b) |

**THE GRAND JURY CHARGES**:

### COUNT 1

On or about October 10, 2019, in the Northern District of Indiana,

**SHANELL MEDINA-HIPOLITE,**

defendant herein, knowingly and intentionally possessed with the intent to distribute a mixture or substance which contained a detectable amount of N-phenyl-N--[1-(2-phenylethyl)-4-piperidinly] propanamide, (fentanyl, a Schedule II controlled substance over four hundred (400) grams).

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b).

Dated: February 12, 2020

A TRUE BILL:

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

APPROVED BY:

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By:  *s/ Frank E. Schaffer*
Frank E. Schaffer
Assistant United States Attorney