UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:20-CR-00023 DRL |
| | ) | |
| SHANELL MEDINA-HIPOLITE | ) | |

**UNITED STATES' SENTENCING MEMORANDUM**

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Frank Schaffer, Assistant United States Attorney, and submits the following memorandum in preparation for the sentencing hearing in this case.

**History of the Defendant and Circumstances of the Offense**

This case began with a traffic stop on Mr. Medina-Hipolite revealing a kilogram of Fentanyl.

Mr. Medina-Hipolte has a minimal record with several contacts with the system. Mr. Medina-Hipolite's employment history is sparse and he has substance abuse issues.

**United States' Sentencing Recommendation**

Considering and balancing the various 3553(a) factors, the government recommends that the Court impose as punishment for Defendant Shanell Medina-Hipolite a term of imprisonment in this matter at the low end of the guideline range in this matter as per the plea agreement. The government believes a term of supervised release in this matter will assist Mr. Medina-Hipolite in traveling down the right path in the future.

Dated: October 31, 2022

        Respectfully submitted,

        CLIFFORD D. JOHNSON
        UNITED STATES ATTORNEY

        By: *s/ Frank E. Schaffer*
        Frank E. Schaffer
        Assistant United States Attorney
        M01 Robert A. Grant Federal Bldg.
        204 S. Main Street
        South Bend, Indiana 46601
        Tel:   (574) 236-8287
        Fax:  (574) 236-8155
        E-mail:   Frank.Schaffer@usdoj.gov