**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  3:20-CR-23 DRL** |
| | ) | |
| **SHANELL MEDINA-HIPOLITE** | ) | |
| **Defendant.** | ) | |

# DEFENDANT'S
# SENTENCING MEMORANDUM

**I.     Introduction**

The defendant, Shanell Medina-Hipolite, submits the following Sentencing

Memorandum in support of his request for a sentence of 48 months incarceration in the

Bureau of Prisons.   On August 8, 2022, the defendant pled guilty to a one-count

Indictment. Count 1 charged Possession with Intent to Distribute a Controlled

Substance (Fentanyl) Over 400 Grams, in violation of 21 U.S.C. § 841(a), 21 U.S.C. §

841(b)(1)(A)(vi).

**II.     Consideration of the factors listed in 18 U.S.C. 3553(a)**
**supports a sentence of 48 months.**

The mandate provided by Title 18, United States Code Section 3553(a), requires

the Court to impose a sentence that is sufficient, but not greater than necessary to serve

the purposes of sentencing: just punishment, retribution, deterrence, and rehabilitation.

When the rough approximation of the sentence provided by the guidelines conflicts with

the Court's view of the appropriate sentence under §3553(a), the Court may disregard

the sentence recommended by the guidelines, and tailor a sentence that is appropriate

for the particular defendant. *Rita v. United States*, 551 U.S. 338, 127 S.Ct. 2456, 2463-

2465 (2007), *Kimbrough v. United States*, 552 U.S. 85, 128 S.Ct. 558 (2007).

A.      **Specific § 3553(a) factors support a sentence of 48 months.**

1.      **Nature and circumstances of offense**.

On October 10, 2019, Shannon Hipolite-Medina was driving a car on Interstate 90 traveling westbound. Jerry Santana was also in the car. The car was pulled over by a patrol officer for a minor traffic violation. Mr. Hipolite-Medina was taken to the patrol officer's car where he was asked questions about his trip.  Mr. Hipolite-Medina cooperated with the officer and answered his questions, but his answers conflicted with the answers to the same questions posed to Mr. Santana. Also, the officer had smelled marijuana when he initially stopped the car. Mr. Hipolite-Medina admitted having smoked marijuana in the car, and also admitted that there was some marijuana in the car.

As a result of his inquiries, the officer searched the car and initially found a small amount of marijuana. As he continued to search, he also found 2.8 pounds of fentanyl. Mr. Medina-Hipolite gave a truthful statement to the officer regarding the fentanyl, and the Government agrees that his statement to the officer satisfies the safety-valve criteria.

2.      **History and characteristics of defendant**.

Shanell Medina-Hipolite has zero criminal history points.  Because he qualifies for the safety valve, there is no mandatory minimum term of imprisonment.  Mr. Medina-Hipolite is requesting a sentence of 48 months.

Shanell was born on June 3, 1998 in Brooklyn, New York to Danilo Medina of Spain and Emilia Hipolite of Spain. Shanell has extended family in the United States, the Dominican Republic and Spain. Shanell's mother is a doctor.

Shanell was raised in the Dominican Republic until his parents divorced when he

was 12 years old. After the divorce, Shanell lived with his grandmother until his mother

moved them to Spain around the age of 15. Shannell attended grade school in the

Dominican Republic and high school in Spain. Shanell's father separately moved to

Spain. Shanell lived in Spain with his mother for three years and then with his father for

one year. Then, when he was 18 years old, he moved to Brooklyn, New York to live with

his uncle. Shanell is still close with his parents  and his sister, notwithstanding the

geographic distance.

Shannon has been married Yenely Vazquez for three years. They have no children

together. Shanell has one daughter from a previous relationship, Xeylanes, age two, who

lives with her mother Zulimar Sanchez in Chicago, Illinois. Shanell assists Zulimar

financially when he is able.

**3.     The need for the sentence to reflect the seriousness of the offense, afford adequate deterrence, protect the public from further crimes of the defendant, and provide defendant with needed education or vocational training or medical care.**

Courts are directed to impose sentences that are informed by what is known as

the parsimony principle, a broad command in §3553(a) that instructs courts to "impose

a sentence sufficient, but not greater than necessary. *Dean v. United States*, 137 S. Ct.

1170, 1175, 197 L. Ed. 2d 490 (2017).

Based on these principles, Shanell Medina-Hipolite requests a sentence of 48

months. This will be Shanell's first sentence of incarceration.  He cooperated fully with

the officer who made the initial stop and was truthful with him—exactly the behavior the

law is meant to encourage.  Shanell might have avoided prosecution altogether if he had

been successful in further cooperation.  However, Shanell did not provide further

cooperation with law enforcement, and perhaps unwisely in hindsight, was hoping the

entire matter was behind him.

Shanell's upbringing has been chaotic.  He has had residence in three different countries.  He has family in the Dominican Republic and Spain, yet he is a United States citizen because he was born here, separating him from his other family members.  Moreover, while he is a United States citizen, he struggles to communicate in English, which undoubtedly makes his life in this country a challenge.  Certainly, litigating this case has been more difficult for him than other defendants because of the challenges involved in understanding how the system operates.

Nevertheless, Shanell is a young man who presents to the world as a respectful and humble individual.  He expresses remorse for his conduct in this matter.

Shanell has been humbled by the experience of this case, and based on his background, is unlikely to recidivate.  A sentence of 48 months constitutes a request of a small downward departure from the guideline range of 57-71 months

**CONCLUSION**

For all the foregoing reasons, Mr. Medina-Hipolite requests a sentence of 48 months.

Dated:  October 31, 2022

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.

By:      s/ Scott J. Frankel
Scott J. Frankel, Staff Attorney
130 S. Main Street, Suite 300
South Bend, IN 46601
Phone:  (574) 245-7393
Fax:  (574) 245-7394
eMail: scott_frankel@fd.org

4

**24 October 2022**

Emilia Hipolite Batista
Calle San José number 11 province Cádiz municipality Conil Spain

Dear Judge Leichty

I introduce myself, I'm  Shanell's Mom

At this time I want to highlight  the values of my son.  Shanell is  a good  son, a good  brother,  a good  husband and a  good father.  It is not customary for Shanell to have problems with anyone or with justice, he was born and raised in a  Christian home.  Unfortunately my son fell into disrepute and  deviated from the truth, for that reason he  is  where he  is.

He  is married and is the main provider, for his wife it has not been easy since   his arrest since he  has  full responsibility  for the household he also has a 2 year old  daughter and   medium which also depends on him.

He regrets his actions and promises never to repeat them again, I believe him  because I know him very well.

Today I appeal to your good and valuable will to consider your verdict in favor of my son.
 I know that the law  is the law and no one can be above it.   I will abide by his will and consider what his verdict is.

Thank you for taking the time to read this letter.  You can contact me  at +34 698 79 99 14.

Receive a cordial greeting.
Emilia Hipolite Batista.

# Letter Of Recommendation

To whom it may concern,

My name is Francis De León and I am writing this letter on behalf of Shanelle Medina. I have been friends with Shanelle for about ⅚ years and he most definitely is more than just a friend he is my brother. Shanelle and I have gone through the worst times together and have also been through some of the most amazing times. I was able to experience every teenage stage in his life, from being a young kid just wanting to make ends meet to watching him become an amazing father to a beautiful little girl. Just like every young teenage male we all make mistakes but this one mistake will never justifícate the type of person he is overall. He is so selfless and outgoing, he's shown me how to be the most independent and knowledgeable person through a simple phone call and has given me the strength to go after what really matters. He is and always will be the best friend/father/family member anyone could ask for. Not many friends like these come around very often but I was fortunate enough to meet someone that will always have my back not only as my friend but as my brother. All in all, Shanelle is a great person with an amazing heart and deserves to be with his daughter who he loves and she loves so that she can also see the amazing man I've seen over the last years.

Att: Francis De Leon

# Letter Of Recommendation

To whom this may concern,

   I am writing this letter on behalf of Shanelle Medina whom has been a friend of mine for 4 years. My name is Jaslin Matos and I met Shanelle Medina in December of 2018, he was introduced to me by my fiancé Francis. He has become more than a friend in my eyes he is family, he is the most happy, selfless, outgoing person I have ever met.He not only is a great friend but he is also an amazing father to a beautiful little girl, he loves this little girl with everything in him and calls on multiple occasions just so we can find a way to send him pictures of his daughter. Shanelle will always go above and beyond for the ones he loves and if he can't do it he will make sure he finds a way to assure his family/friends are taken care of and have what they need. Shanelle has been a huge inspiration in my life as a friend because he is not one to let you down when you're needing someone to talk to, someone to cry to or even someone to scream with. When shanelle walks into a room it's as if all the bad energy and bad karma is gone because he will make everyone smile/laugh just to make you happy. On that note I would like to finish this letter off by stating that shanelle is probably the most sympathetic person you will ever meet and never will do anything to cause harm to anyone/anything.

Att: Jaslin Matos